Case 1:22-cv-01006-CBK   Document 14   Filed 02/07/23   Page 1 of 1 PageID #: 710

FILED
FEB 07 2023

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

| | |
|---|---|
| JULIENNE C. JOHNSON, | 1:22-CV-01006-CBK |
| Plaintiff, | |
| v. | ORDER FOR SENTENCE FOUR REMAND |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security Administration, | |
| Defendant. | |

Upon consideration of the Commissioner's Motion to Reverse and Remand the decision of the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g), it is hereby

ORDERED that the Commissioner's decision in this matter is reversed and this cause is remanded to the Commissioner for further administrative proceedings. *See Shalala v. Shaefer*, 509 U.S. 292 (1993).

DATED this 3rd day of February, 2023.

BY THE COURT:

CHARLES B. KORNMANN
U.S. DISTRICT JUDGE